# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

157800-3

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRENT ALLEN PARKER,
      Defendant-Appellant.

SC: 157800-3
COA: 342815; 342817;
     342818; 342819
Oakland CC:
2017-262664-FH;
2017-262593-FH;
2017-262662-FH;
2017-262916-FH

_____/

On order of the Court, the application for leave to appeal the April 23, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

p0923